UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60829-Civ-Zloch/Rosenbaum

LAURA K. MAIS, and
MARK S. MAIS

      Plaintiffs,

v.

NATIONAL ENTERPRISE SYSTEMS, INC,

      Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL

The parties have reached a partial settlement. Defendant has offered to pay

Plaintiff, Laura K. Mais, $1,001.00 plus reasonable attorney fees and costs regarding her

claims under the Fair Debt Collection Practices Act. Defendant has offered to pay

Plaintiff, Mark S. Mais, $1,001.00 plus reasonable attorney fees and costs regarding his

claims under the Fair Debt Collection Practices Act. Plaintiffs have accepted the two

offers. Accordingly, the parties stipulate to a Dismissal with prejudice of Plaintiffs'

claims under the Fair Debt Collection Practices Act, with the Court to reserve jurisdiction

regarding Plaintiffs' reasonable attorney fees and costs regarding the Fair Debt Collection

Practices Act. If the parties are unable to resolve the matter of attorney fees and costs by

agreement, Plaintiffs shall file a motion in accordance with Local Rule. The parties'

settlement does not affect Plaintiffs' claims under the Florida Consumer Collection

Practices Act and the Telephone Consumer Protection Act. In light of the fact that the

Court may not continue to exercise jurisdiction over these non-federal question claims,

the parties stipulate to a dismissal without prejudice of Plaintiffs' claims under the

Florida Consumer Collection Practices Act and the Telephone Consumer Protection Act.

Donald A. Yarbrough, Esq.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida  33339
Telephone: 954-537-2000
Facsimile: 954-566-2235

David P. Hartnett, Esq.
Attorney for Defendant
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

By:  /s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.

By: /s/ David P. Hartnett
David P. Hartnett, Esq.