UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60829-CIV-ZLOCH

LAURA K. MAIS and MARK S. MAIS,

    Plaintiffs,

**<u>AMENDED</u>**
**<u>FINAL ORDER OF DISMISSAL</u>**

vs.

NATIONAL ENTERPRISE SYSTEMS, INC.
    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiffs' Motion To Amend Order Of Dismissal (DE 14) and the Joint Stipulation For Dismissal (DE 12) filed herein by all Parties. The Court has carefully reviewed said Motion and Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation For Dismissal (DE 12) filed herein by all Parties be and the same is approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice as to Plaintiffs' Fair Debt Collection Practices Act claims;

    3. The above-styled cause be and the same is hereby **DISMISSED** without prejudice as to Plaintiffs' Florida Consumer Collection Practices Act and Telephone Consumer Protection Act claims; and

    4. To the extent not otherwise disposed of herein, all pending

motions are **DENIED** as moot.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   8th   day of November, 2010.

                  _____
                  WILLIAM J. ZLOCH
                  United States District Judge

Copies furnished:

All Counsel of Record