UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60829-Civ-Zloch/Rosenbaum

LAURA K. MAIS, and
MARK S. MAIS

    Plaintiffs,

v.

NATIONAL ENTERPRISE SYSTEMS, INC,

    Defendant.

_____/

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS

Having amicably resolved the matter of Plaintiffs' attorney's fees and costs, Plaintiffs, Laura K. Mais and Mark S. Mais, give notice that they withdraw Plaintiffs' Motion for Attorney's Fees and Costs (DE 20), and supporting documents (DE 21, DE 22, DE 23) filed on January 7, 2011.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60829-Civ-Zloch/Rosenbaum

LAURA K. MAIS, and
MARK S. MAIS

    Plaintiffs,

v.

NATIONAL ENTERPRISE SYSTEMS, INC,

    Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 12, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    s/Donald A. Yarbrough
                                    Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. David P. Hartnett, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF

2